**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **ABHISHEK KUMAR,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**Warden, McCook Detention Center, TODD BLANCHE, Attorney General of the United States; MARKWAYNE MULLIN, Secretary of Homeland Security, David J. Venturella, Acting Director of ICE Enforcement and Removal Operations, David Easterwood, Field Office Director for ICE Enforcement and Removal Operations, St. Paul Field Office**<br><br>**Respondents.** | **Case No. 4:26-CV-3261**<br><br>**RESPONDENT WARDEN'S RESPONSE TO ORDER TO SHOW CAUSE** |

Respondent Warden of McCook Detention Center, in his official capacity as Warden, McCook Detention Center ("Warden"), by and through his attorneys of record, for his return on the Order to Show Cause pursuant to the Court's August 25, 2026, Order (Doc. No. 3), states as follows:

Warden is the Warden of the McCook Detention Center. From reading the Petition for Writ of Habeas Corpus ("Petition") (Doc. No. 1), it is Warden's understanding that he is only made a party to this action because Petitioner Abhishek Kumar ("Petitioner") is currently detained at the McCook ICE Detention Center in McCook, Nebraska, which is the subject of an Inter-Governmental Service Agreement ("IGSA") between Nebraska Department of Correctional Services, the U.S. Department of Homeland Security ("DHS") and the U.S. Immigration and Customs

Enforcement ("ICE"). (Doc. No. 1). Accordingly, Warden does not take a position on the substantive issues raised in the Petition, nor does Warden take a position on whether Petitioner's writ should or should not be granted.

Dated this 26th day of August, 2026.

**Warden, McCook Detention Center,**
**Respondent.**

By: MICHAEL T. HILGERS, #24483
*Nebraska Attorney General*

By: *s/ Grant K. Dugdale*
Grant K. Dugdale, #19244
*Assistant Attorney General*

OFFICE OF THE ATTORNEY GENERAL
1445 K Street, Room 2115
Lincoln, Nebraska 68508
Telephone: (402) 471-2682
grant.dugdale@nebraska.gov
***Attorneys for Respondent.***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2026, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, using the CM/ECF system, which sent notification of said filing to the following:

Christopher Ferretti
christopher.ferretti@usdoj.gov

Eric Synowicki
eric.synowicki@usdoj.gov

Gurvinder Kaur
gkaur@lakishadeanlaw.com

BY: *s/ Grant K. Dugdale*
Grant K. Dugdale, #19244
Assistant Attorney General